UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
**NET2PHONE, INC.,**                :
                                    :   **Civil Action No. 06-2469(KSH)**
                                    :
        **Plaintiff**                :
                                    :
    v.                              :   **ORDER**
                                    :
                                    :
**EBAY, INC., ET AL.,**             :
                                    :
        **Defendants**              :
_____ :

  This matter having come before the Court by way of joint letter dated April 30, 2007, regarding the defendants' objection to producing certain information based upon a private agreement pursuant to which it has possession, custody or control, but which contains a confidentiality clause;

  and the Court having conducted a telephonic hearing on the record on May 7, 2007;

  and the Court having considered the submission and record of proceedings;

  and for the reasons set forth in the Opinion delivered on the record on May 7, 2007;

  and for good cause shown,

  IT IS ON THIS 7th day of May, 2007

  ORDERED that the defendants' objection to the production of responsive discovery based upon a private agreement that contains a confidentiality clause is overruled.  Any and all such responsive information shall be produced no later than **May 26, 2007** subject to the Discovery Confidentiality Order.

              s/Patty Shwartz
              **UNITED STATES MAGISTRATE JUDGE**