UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Honorable  Patty Shwartz**            U.S. Post Office & Courthouse Bldg.
**United States Magistrate Judge**      Federal Square, Newark, NJ  07101
                                        (973) 645-6596

November 26, 2007

Joseph P. LaSala
William F. O'Connor, Jr.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075

Maria A. Savio
Gottlieb Rackman & Reisman
270 Madison Avenue
New York, New York 10016

Thomas R. Curtin
Kathleen M. Fennelly
Graham, Curtin & Sheridan, PC
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07952-1991

## LETTER ORDER

     **RE:**    NET2PHONE, INC. v. EBAY
             Civil Action No. 06-2469(KSH)

Dear Counsel:

     There shall be a telephone conference scheduled for **November 29, 2007 at 11:00 a.m.** Plaintiff shall initiate the telephone call.  Kindly mark your calendars accordingly.

                             **SO ORDERED.**

                             s/Patty Shwartz
                             **United States Magistrate Judge**