UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **NET2PHONE, INC.** | : | |
| | : | |
| **Plaintiffs,** | : | Civil Action No. 06-2469 (KSH) |
| v. | : | |
| | : | |
| **EBAY, INC., et al.** | : | **ORDER ON INFORMAL** |
| | : | **APPLICATION** |
| | : | |
| **Defendants.** | : | |

This matter having come before the Court for a telephone conference on the record on February 1, 2008, regarding the depositions of representatives of Vocal Tech and Messrs. Sauer and Oberg;

and the Court having considered the arguments and representations of the parties as well as the record of proceedings;

and for the reasons set forth on the record on February 1, 2008;

and for good cause shown,

IT IS ON THIS 1st day of February, 2008

ORDERED that the deposition of Mr. Cohen shall be completed no later than **March 14, 2008** in either New Jersey or California, which ever is more convenient for the witness;

IT IS FURTHER ORDERED that the deposition of the other Vocal Tech witness shall take place on **February 6, 2008**.  The plaintiff has reserved the right to re-open this deposition if the motion for reconsideration is granted;

IT IS FURTHER ORDERED that the resumed deposition of Mr. Oberg shall take place in London during the week of **February 4, 2008,** in a conference room acceptable to the parties and shall last no longer than two hours and fifteen minutes;

IT IS FURTHER ORDERED that the defendant shall produce the documents of Mr. Sauer as soon as they are received, but in no event later than **February 5, 2008.**

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**