**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____
                                                    :
NET2PHONE, INC.,                            :        Civil Action 06-2469 (KSH)
                                                    :
                          Plaintiff         :
                                                    :
              v.                            :
                                                    :
EBAY, INC., et al.,                         :                 **ORDER**
                                                    :
                          Defendants        :
_____    :

     This matter having come before the Court on the plaintiff's objections to the Special

Master's Report issued on April 21, 2008 and plaintiff's motion to seal the documents submitted

in connection with its objections;

     and the Court having considered the parties submissions;

     and the Court having decided this motion without oral argument pursuant to Fed. R. Civ.

P. 78 and L. Civ. R. 78.1;

     and for the reasons set forth in the Opinion dated June 25, 2008;

     IT IS ON THIS 25th day of June, 2008,

     ORDERED that the Special Master's Report is affirmed in its entirety and the objections

[Docket No. 219] are overruled;

     IT IS FURTHER ORDERED that the plaintiff shall produce the documents consistent

with the Special Master's Report no later than **June 30, 2008**; and

     IT IS FURTHER ORDERED that the plaintiff's motion to seal [Docket No. 222] is

denied.


                   s/Patty Shwartz_____
                   UNITED STATES MAGISTRATE JUDGE