

KATHLEEN N. FENNELLY
Direct Dial 973-401-7106
kfennelly@GrahamCurtin.com

July 30, 2008

**VIA ECF**
Honorable Katherine S. Hayden
United States District Court Judge
Frank R. Lautenberg United States Post Office
 & Courthouse Building, Room 311
Newark, New Jersey 07101

    Re: *Net2Phone, Inc. v. eBay, Inc., et al.*
       Civil Action No. 06-2469 (KSH)(PS)

Dear Judge Hayden:

  We represent eBay and Skype ("Skype") in the above-referenced matter. We write to request a two-week extension to file Skype's opposition to Plaintiff Net2Phone's objection to the Order of Magistrate Judge Shwartz. Net2Phone consents to the requested extension.

  Net2Phone's objection (filed on July 22, 2008) is noticed for hearing on August 18, 2008. Pursuant to Local Civil Rule 7.1(d)(2), Skype's opposition is currently due on August 4, 2008.

  Good cause exists to grant the requested extension. Immediately after the filing of Net2Phone's objection, we contacted Net2Phone's counsel to request consent to a two-week extension. We explained that due to pre-arranged and non-refundable travel and vacation plans the attorneys responsible for drafting the opposition would be out of the office during the time allotted to Skype to prepare its opposition. On July 25, 2008, counsel for Net2Phone confirmed that Net2Phone consented to the two-week extension. No previous extensions have been granted with respect to Net2Phone's objection.

619277_1



Hon. Kathryn S. Hayden, U.S.D..J.
July 30, 2008
Page 2

Skype therefore respectfully requests that the Court grant the requested two-week extension and permit Skype to file its opposition by August 18, 2008.

Respectfully submitted,

*Kathleen N. Fennelly*
KATHLEEN N. FENNELLY

KNF:ljl

cc: Honorable Patty Shwartz, U.S.M.J. (via ECF)
All Counsel of Record (via ECF)

So Ordered.

KSH, USDJ
7/31/08

619277_1