IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NET2PHONE, INC.,                                                                                      PLAINTIFF

VS.                                        CASE NO. 10-CV-4090

EBAY, INC., SKYPE TECHNOLOGIES
SA, SKYPE, INC., and JOHN DOES 1-10                                             DEFENDANTS

## ORDER OF DISMISSAL

      The Court has been advised that all claims, including related counterclaims, in the above styled and numbered case have been settled. Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Each of the parties shall bear its own costs, expenses, and attorney fees associated with the prosecution and defense of this case. The Court retains jurisdiction over this matter for purposes of enforcement of the parties' settlement.

      IT IS SO ORDERED, this 26th day of August, 2010.

                                                          /s/Harry F. Barnes
                                                          Hon. Harry F. Barnes
                                                          United States District Judge